

US00D537030S

(12) **United States Design Patent** (10) Patent No.: **US D537,030 S**

Cote, Sr. (45) Date of Patent: ** **Feb. 20, 2007**

(54) **SET OF MOTOR HOME WATER DEFLECTORS**

(76) Inventor: **Andrew L. Cote, Sr.**, 1 Linden Way, Merrimack, NH (US) 03054

(**) Term: **14 Years**

(21) Appl. No.: **29/212,669**

(22) Filed: **Sep. 3, 2004**

(51) **LOC (8) Cl.** .................................................... **12-16**

(52) **U.S. Cl.** ...................................... **D12/400**; D12/181

(58) **Field of Classification Search** ................ D12/180, D12/181, 185, 400, 218, 190; D23/267; 52/11, 52/16; 180/123, 313; 137/343, 899, 345
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,516,451 | A | * | 11/1924 | McKenzie .................... 248/97 |
| D160,978 | S | * | 11/1950 | Sykes .......................... D12/190 |
| D272,356 | S | * | 1/1984 | Hall et al. ..................... D15/4 |
| D284,608 | S | * | 7/1986 | Hampton ..................... D34/6 |
| D290,224 | S | * | 6/1987 | Skinner ....................... D8/381 |
| D318,548 | S | * | 7/1991 | Latham ......................... D34/6 |
| D447,990 | S | * | 9/2001 | Yokomaku ................. D12/190 |
| D521,443 | S | * | 5/2006 | Parrish ....................... D12/400 |

OTHER PUBLICATIONS

JR Products, "Rain Gutter Spouts".

* cited by examiner

*Primary Examiner*—Caron D. Veynar
*Assistant Examiner*—Kelley A. Donnelly
(74) *Attorney, Agent, or Firm*—Davis & Bujold, P.L.L.C.

(57) **CLAIM**

I claim the ornamental design for a set of motor home water deflectors, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a left side motor home water deflector embodying my new design;

FIG. **2** is a top plan view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a bottom plan view thereof;
FIG. **7** is a rear elevational view thereof;
FIG. **8** is a perspective view of a second embodiment showing the right side motor home water deflector embodying my new design;
FIG. **9** is a top plan view of FIG. **8**;
FIG. **10** is a front elevational view of FIG. **8**;
FIG. **11** is a left side elevational view of FIG. **8**;
FIG. **12** is a right side elevational view of FIG. **8**;
FIG. **13** is a bottom plan view of FIG. **8**;
FIG. **14** is a rear elevational view of FIG. **8**; and
FIG. **15** is a perspective view showing the typical installation of the left side and the right side motor home water deflectors with both the motor home and the drain shown in phantom lines.
FIG. **16** is a perspective view of a third embodiment showing the left side motor home water deflector of indefinite length;
FIG. **17** is a top plan view of FIG. **16**;
FIG. **18** is a front elevational view of FIG. **16**;
FIG. **19** is a left side elevational view of FIG. **16**;
FIG. **20** is a right side elevational view of FIG. **16**;
FIG. **21** is a bottom plan view of FIG. **16**;
FIG. **22** is a rear elevational view of FIG. **16**;
FIG. **23** is a perspective view of a fourth embodiment showing the right side motor home water deflector of indefinite length;
FIG. **24** is a top plan view of FIG. **23**;
FIG. **25** is a front elevational view of FIG. **23**;
FIG. **26** is a left side elevational view of FIG. **23**;
FIG. **27** is a right side elevational view of FIG. **23**;
FIG. **28** is a bottom plan view of FIG. **23**;
FIG. **29** is a rear elevational view of FIG. **23**; and,
FIG. **30** is a perspective view showing the typical installation of the left side and the right side motor home water deflectors of indefinite length with both the motor home and the drain shown in phantom.

**1 Claim, 30 Drawing Sheets**





Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5

Case 1:15-cv-00129   Document 1-1   Filed 02/04/15   Page 6 of 31



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Fig. 11



Fig. 12



Fig. 13



Fig. 14



Fig. 15



Fig. 16



Fig. 17

Case 1:15-cv-00129   Document 1-1   Filed 02/04/15   Page 18 of 31



# Fig. 18



Fig. 19



Fig. 20

Case 1:15-cv-00129   Document 1-1   Filed 02/04/15   Page 21 of 31



Fig. 21



Fig. 22



Fig. 23



Fig. 24



Fig. 25



Fig. 26



Fig. 27



Fig. 28



Fig. 29



Fig. 30