# EXHIBIT B

bandbmolders.com

## EXTRUSION END CAP

| PART ID | COLOR |
|---|---|
| 616 05 F PW | Polar White |

Carton Quantities: 250   Carton Weight: 3 lbs.



| PART ID | OTHER | COLOR |
|---|---|---|
| 496 A 2 | Full Cap | Polar White |
| 496 B 2 | Partial Cap | Polar White |

Carton Quantities: 250   Carton Weight: 3 lbs.
Sold in Sets. (Right and Left Hand)

## BAGGAGE DOOR HOLD OPEN CLIP

| PART ID | COLOR |
|---|---|
| 449 PW | Polar White |
| 449 GY | Gray |

Carton Quantities: 100   Carton Weight: 4 lbs.



## HORSESHOE VENT

| PART ID | COLOR |
|---|---|
| 298 06 A PW | Polar White |

Carton Quantities: 50   Carton Weight: 10 lbs.





## BUMPER PLUGS

| PART ID # | PART DESCRIPTION | QUANTITIES | CARTON WEIGHT |
|---|---|---|---|
| 208 | 4" Plug W/Tabs | 240 | 31 |
| 329 | 4 1/4" Plug W/Tabs | 160 | 27 |
| 358 | 4" Plug W/O Tabs | 200 | 38 |



## RAIN GUTTER SPOUT

| PART ID # | PART DESCRIPTION | DESCRIPTION |
|---|---|---|
| 653 PW | Rain Gutter Spout | Includes Right & Left |
| 653 R PW | Rain Gutter Spout-Right | Right Only |
| 653 L PW | Rain Gutter Spout-Left | Left Only |

Carton Quantities: 250   Carton Weight: 5 lbs.   Color: Polar White

## RAIN GUTTER SPOUT – LONG VERSION

| PART ID # | PART DESCRIPTION | DESCRIPTION |
|---|---|---|
| 655 PW | Rain Gutter Spout-Long Version | Includes Right & Left |
| 655 R PW | Rain Gutter Spout-Long Version-Right | Right Only |
| 655 L PW | Rain Gutter Spout-Long Version-Left | Left Only |

Carton Quantities: 250   Carton Weight: 6 lbs.   Color: Polar White

## KEY HOLE LOCK COVER

| PART ID | COLOR |
|---|---|
| 324 PW | Polar White |
| 324 BK | Black |
| 324 PP | Polar White |
| 324 PP | Black |

Carton Quantities: 250   Carton Weight: 4 lbs.
Watertight seal prevents water from entering lock assembly.

